UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. BASS,<br><br>               Petitioner,<br><br>     -against-<br><br>CITI GLOBAL MARKETS, INC.<br><br>               Respondent. | 24-cv-4586 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

Petitioner, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Respondent Citi Global Markets, Inc.  Petitioner is directed to serve the summons and amended motion to vacate FINRA award on Respondent within 90 days of the issuance of the summons.[1]

If within those 90 days, Petitioner has not either served Respondent or requested an extension of time to do so, the Court may dismiss the claims against Respondent under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   July 10, 2024
         New York, New York

_____
        EDGARDO RAMOS
       United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date a complaint is filed, the summons in this case was not issued when Petitioner filed this action because he had not paid the filing fee.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.