**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT C BASS,

                  Petitioner,                 24 **CIVIL** 4586 (VEC)

      -against-                           **JUDGMENT**

CITI GLOBAL MARKETS, INC.,

                  Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 11, 2025, the Petition is DENIED. Because Citi opposed the Petition, see Respondent Mem., Dkt. 24; Kauff Decl., the Court treats its opposition to Petitioner's motion to vacate as a motion to confirm the arbitration award. See First Cap. Real Est. Invs., L.L.C. v. SDDCO Brokerage Advisors, LLC, 355 F. Supp. 3d 188, 196 (S.D.N.Y. 2019). As the Court's denial of the former implies a grant of the latter, the arbitration award is confirmed. See id. Accordingly, the case is closed.

**Dated**: New York, New York
       March 12, 2025

                                    **TAMMI M. HELLWIG**
                                     **Clerk of Court**

              **BY:**

                              _____
                                     **Deputy Clerk**