```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ROBERT C BASS,                                     :
                                                   :
                               Petitioner,         :
                                                   :
           -against-                               :    24-CV-4586 (VEC)
                                                   :
                                                   :         ORDER
CITI GLOBAL MARKETS, INC.,                         :
                                                   :
                               Respondent.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 11, 2025, the Court denied Mr. Bass's Petition to Vacate the Arbitration Award, *see* Dkt. 37;

      WHEREAS on May 5, 2025, Mr. Bass moved for relief from the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, which the Court denied, *see* Dkts. 42–43;

      WHEREAS on May 6, 2025, Mr. Bass moved the Court for reconsideration of its denial of his Rule 60(b) motion and for summary judgment, *see* Dkt. 44;

      WHEREAS a party moving for summary judgment must show that there is no genuine dispute as to any material fact through citations to materials in the record, *see* Fed. R. Civ. P. 56(a), (c), and in the Southern District of New York, failure to include a Rule 56.1 Statement of Facts is grounds for denial of a summary judgment motion, *see* Local Civil Rule 56.1;

      WHEREAS, shortly after the Court denied Mr. Bass's Petition, on March 26, 2025, he filed a lawsuit against Defendant Citigroup Global Markets Inc. ("CGMI") and others arising out of the same alleged transaction — the purported $1 billion wire transfer CGMI did not credit to his account, *see Bass v. Pershing et al.*, 25-cv-2478 ("Pershing Action"), Dkt. 1; and

WHEREAS on May 6, 2025, Defendants in the Pershing Action filed a Related Case Statement, which Mr. Bass opposed, *see* Pershing Action, Dkts. 46–47; at Judge Koeltl's direction, the parties re-filed the Related Case Statement and opposition in this action, *see* Dkts. Dkts. 45–46;

IT IS HEREBY ORDERED that the Court finds this action is related to *Bass v. Pershing et al.*, 25-cv-2478.  The Pershing Action has already been reassigned to the Undersigned.  Further filings pertaining to the Pershing Action should be filed on that docket, as this action is closed other than Mr. Bass's pending motion at Dkt. 44.

IT IS FURTHER ORDERED that Mr. Bass's motion for summary judgment is DENIED as procedurally improper for failing to adhere to Federal Rule of Civil Procedure 56(c) and Local Civil Rule 56.1.  The Court construes Mr. Bass's filing at Dkt. 44 as a motion for reconsideration.  Pursuant to Local Civil Rule 6.1(b), Defendant CGMI must respond to Mr. Bass's motion for reconsideration by **Tuesday, May 23, 2025**.  Mr. Bass's reply, if any, is due **Tuesday, May 30, 2025**.

**SO ORDERED.**

**Date:  May 9, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**