USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ROBERT C BASS,

                      Petitioner,

      -against-                          24-CV-4586 (VEC)

                                                  ORDER

CITI GLOBAL MARKETS, INC.,

                      Respondent.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 14, 2024, Petitioner Robert C Bass moved to vacate an arbitration award, *see* Dkt. 1;

      WHEREAS on March 11, 2025, the Court denied Mr. Bass's Petition to Vacate the Arbitration Award, *see* Opinion and Order, Dkt. 37;

      WHEREAS on March 12, 2025, Mr. Bass noticed an appeal of the Court's decision, *see* Dkt. 39;

      WHEREAS on May 5, 2025, Mr. Bass moved for relief from the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, which the Court denied, *see* Dkts. 42–43;

      WHEREAS on May 6, 2025, Mr. Bass moved the Court for reconsideration of its denial of his Rule 60(b) motion and for summary judgment, *see* Dkt. 44;

      WHEREAS on May 9, 2025, the Court denied Mr. Bass's motion for summary judgment as procedurally improper, construed his filing as a motion for reconsideration, and ordered Respondent to respond to the motion, *see* Order, Dkt. 47;

      WHEREAS on May 28, 2025, Mr. Bass again moved for summary judgment, *see* Dkt. 51;

WHEREAS on July 9, 2025, the Second Circuit issued an Order determining that this Court lacked subject matter jurisdiction to decide Mr. Bass's Petition to Vacate the Arbitration Award, dismissed his appeal for lack of jurisdiction, vacated the Court's Opinion and Order at Dkt. 37, and remanded this matter to the Court to dismiss the petition without prejudice for lack of jurisdiction, *see* Order, Dkt. 65; and

WHEREAS on August 1, 2025, the Court received the Mandate for this action, *see* Mandate, Dkt. 66;

IT IS HEREBY ORDERED that Mr. Bass's petition to vacate the arbitration award is DISMISSED without prejudice for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Mr. Bass's motions for reconsideration and summary judgment are also DENIED, as the Court lacks subject matter jurisdiction over this action.

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 44, 51, and 56 and close this case.

**SO ORDERED.**

**Date:  August 4, 2025**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**