**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT C BASS,

                Plaintiff,

   -against-                                       24 **CIVIL** 4586 (VEC)

                                                            **JUDGMENT**

CITI GLOBAL MARKETS, INC.,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 4, 2025, Mr. Bass's petition to vacate the arbitration award is DISMISSED without prejudice for lack of subject matter jurisdiction. Mr. Bass's motions for reconsideration and summary judgment are also DENIED, as the Court lacks subject matter jurisdiction over this action; accordingly, the case is closed.

**Dated:** New York, New York

      August 4, 2025

                                                     **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                             **BY:**     K. Mango

                                                        **Deputy Clerk**